## APPEAL OF RUTH KERR, EXECUTRIX, ESTATE OF ALEXANDER H. KERR.

Docket No. 3673.     Decided September 15, 1926.

*Harry Schwartz, Esq.,* for the petitioner.
*A. Calder Mackay, Esq.,* for the Commissioner.

### FINDINGS OF FACT.

Alexander H. Kerr died subsequent to 1922. During the years 1918 to 1922, inclusive, he was a resident and citizen of California, married and living with his wife. At the time required by law, the petitioner and his wife filed separate returns for the years involved, each reporting one-half of the income of the marital community for said years. The Commissioner held that the entire income belonged to the husband and increased the income as shown by his returns by the amounts reported by his wife, and computed the deficiencies and overassessments as above set forth.

### OPINION.

LITTLETON: The decision of the question involved in this proceeding is governed by the opinion of the court in *United States* v. *Robbins*, 269 U. S. 315, and the decision of the Board in the *Appeal of D. Cerruti*, 4 B. T. A. 682.

*Judgment for the Commissioner.*